

Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 06, 2016

```
SEAN P. PATTERSON, Esq.                    ELECTRONICALLY FILED
STATE BAR NUMBER 5736                           6-3-16
232 Court Street
Reno, Nevada 89501
(775) 786-1615

Attorney for Debtors

              UNITED STATES BANKRUPTCY COURT

                FOR THE DISTRICT OF NEVADA

                         * * *

IN RE:                              Case No.  BK-N-15-51212 BTB
    TERESA A. HUGHES                     (Chapter 13)
    IAN R. HUGHES                   ORDER APPROVING MOTION FOR ORDER
                                    VALUING COLLATERAL
                                    Hearing Date: 6-3-16
                                    Hearing Time: 1:30 p.m.
                   Debtor.          Time Required:    5   Minutes
_____/
```

The Debtors, by and through their attorney, SEAN P. PATTERSON, Esq. having filed an Motion for Order Valuing Collateral on April 19, 2016. The debtor sought a court order valuing their residence located at 845 Wyoming Drive in Reno, Nv. 89503.

There having been no opposition filed herein in response to this motion. In addition, there was no appearance by opposing counsel at the hearing. After proper notice and a hearing, the following **HEREBY ORDERED:**

1. That the value of the Debtors' real property located at 845 Wyoming Drive in Reno, Nevada is $208,000.

2. That the proof of claim filed by Wells Fargo Bank, N.A. shall be treated as an allowed general unsecured claim.

RESPECTFULLY SUBMITTED this __3rd__ day of June, 2016.

/s/ SEAN P. PATTERSON, ESQ.
SEAN P. PATTERSON, ESQ.

**IT SO ORDERED.**

**DECLARATION IN SUPPORT OF ORDER**

In accordance with LR 9021, counsel submitting this documents certifies as follows:

\_\_\_\_\_ The court waived the requirement of approval under LR 9021.

\_\_\_\_\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated on the order.

\_\_\_\_\_ This is a Chapter 9, 11, or 15 case and I have delivered a copy of this proposed order to all who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated on the order.

\_\_\_\_\_ I certify that I have served a copy of the order with the motion, and no parties appeared or filed written objections.

\_\*\*\*\_ I certify I did not receive any opposition to the motion and no parties appeared at the hearing in opposition to this motion.

DATED this \_3rd\_ day of June, 2016.

/s/ SEAN P. PATTERSON, ESQ.
SEAN P. PATTERSON, ESQ.